```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 20-151 |
| ANTHONY ANUSHIEM | : | |

ORDER

AND NOW, this 23rd day of June 2020, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant Anthony Anushiem for change of venue (Doc. # 1) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                                           J.